IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Joseph Sutera Debtor | ) ) ) ) ) | Chapter 13 No. 18-10656-mdc |
|---|---|---|---|

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor

Date:4/12/19