United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-10656-mdc
Joseph Sutera                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1            Date Rcvd: Jan 13, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14074176           E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2020 09:28:37
                   Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
            DAVID M. OFFEN    on behalf of Debtor Joseph  Sutera dmo160west@gmail.com,
             davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
            HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
            HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
             Federal National Mortgage Association ("Fannie Mae"), heather@mvrlaw.com,  Michelle@mvrlaw.com
            JEROME B. BLANK   on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
            MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
            REBECCA ANN SOLARZ   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10656-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Sutera
1612 Jackson Street
Philadelphia PA 19145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/15/20

Tim McGrath

**CLERK OF THE COURT**