United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph Sutera  
    Debtor

Case No. 18-10656-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 03, 2021      Form ID: 138NEW      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Sutera, 1612 Jackson Street, Philadelphia, PA 19145-3821 |
| 14048955 | + | Altoona Regional Health, 620 Howard Avenue, Altoona, PA 16601-4899 |
| 14048956 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14048957 | + | City of Ventor City, 6201 Atlantic Avenue, Ventnor City, NJ 08406-2797 |
| 14048959 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14074176 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14048960 | + | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 14075942 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14340229 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14289643 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14450576 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14048964 | + | Pluese Becker & Saltzman LLC, 721 Dresher Road Suite 1050, Horsham, PA 19044-2266 |
| 14048966 | + | Rittenhouse Internal Medicine, PO Box 348, Huntingdon Valley, PA 19006-0348 |
| 14048967 | + | Rittenhouse Womens Wellness Center, PO Box 348, Huntingdon Valley, PA 19006-0348 |
| 14089143 | + | Seterus, Inc., as the authorized subservicer for F, Post Office Box 1047, Hartford, CT 06143-1047 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14163222 | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14048958 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 03 2021 23:23:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14068285 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:49 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14048969 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:35 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14262728 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 30

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14084301 | | Email/Text: G06041@att.com | Aug 03 2021 23:23:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14048961 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | Freshview, 6300 S Syracuse Way, Suite 200, Englewood, CO 80111-6722 |
| 14048962 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | Internal Revenue, PO Box 7346, Attn: Inheritance Tax), Philadelphia, PA 19101-7346 |
| 14048965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:32 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14077302 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14048963 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Aug 03 2021 23:23:00 | Pa. Department of Labor and Industry, Office of UC Benefits, Benefit Payment Control, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14049757 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14048968 | ##+ | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Joseph Sutera dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), hriloff@pincuslaw.com, Michelle@mvrlaw.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 30

JEROME B. BLANK
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joseph Sutera

    Debtor(s)

Bankruptcy No: 18−10656−mdc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 8/3/21

        55 − 52
        Form 138_new